

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Jilibert Sadigh, Daniel Gibok Kyung
(Twin Flame) and Ilina Rose pinklelov

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

USA, NYS, FBI, CPS, NYPD, president Joe Biden, U.S. Military, FDNY, Queens Family Justice Center, Queens Family Court, EMS medical Control, mta

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CV 23-02937
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

KOVNER, J

LEVY, M.J.

2023 APR 12 PM10: 29

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

FILED

(Continued list of names of Defendants being Sued)

- Internal Affairs
- Northwell Health
- LIJ Medical Center
- Zucker Hillside Hospital
- Queens Hospital Center
- Elmhurst Hospital
- Jamaica Hospital
- Mount Sinai Morningside
- Safe Horizon

FILED
2023 APR 12  PM 10:29
CLERK
U.S. DISTRICT COURT
E.D.N.Y.

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 2

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |

2

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

(if known)

Defendant No. 3

Name    _____

Job or Title    _____

(if known)

Street Address City    _____

and County State    _____

and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

(if known)

Defendant No. 4

Name    _____

Job or Title    _____

(if known)

Street Address City    _____

and County State    _____

and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.



2023 APR 12 PM 10: 28

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Humans Rights, U.S. Constitutional Rights, Civil Rights, National Origin, identity theft, Antisemitism, Racism, extorism, Slavery, Child trafficing, Human trafficing*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Jilbert Sadigh_, is a citizen of the State of *(name)* _New York_.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

B.)

(Part TWO,) a) Daniel Gibork Kyung

New York.


B.)

Part Three,) a.) Irina Rose Mikhason

New York

4)

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

All of Our rights have been violated from protection, freedom, making a missing persons report instead of being denied. my detectives have "paid off" not to help. Case closed. having our lives in insanity 24/7 non stop with no one in NY State helping. I Am Irina's custodial parent. Eduard Pinkusov has violated our lives, responsible for harm to our daughter Irina and responsible for the illegal abduction of my twin flame/other half (political crime project)

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Every damage (except) murder (that I know of.) Every damage done to us has been plotted, planned and done to us. It has hurt us every single way, hurts us physically daily. My boyfriend/Twin Flame and daughter Trina Rose Phklasov are being harmed & held against their own will. They are with Trina's father Eduard Phklasov (FBI)

V.    **Certification and Closing**

No one has helped. Our lives have been violated in every aspect. Please release my daughter back to let mommy and free Dr. Daniel Gibok their naked political abduction.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 12, 2023

Signature of Plaintiff        Jillbert Sadigh

Printed Name of Plaintiff     Jillbert Sadigh

6