*Amended Complaint*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Jillbert Sadigh
_____
_____

*(Write the full name of each plaintiff who is filing this
complaint. If the names of all the plaintiffs cannot fit in
the space above, please write "see attached" in the space
and attach an additional page with the full list of names.)*

-against-

USA, NYS, CPS, NYPD, President
Joe Biden, U.S. Military, FDNY,
Queens, Queens Family Court

*(Write the full name of each defendant who is being sued.
If the names of all the defendants cannot fit in the space
above, please write "see attached" in the space and attach
an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☑ No
             *(check one)*



RECEIVED
MAY 0 2 2023
PRO SE OFFICE

Page 1-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Jilbett Sadiph

_____

_____

*(Write the full name of each plaintiff who is filing this
complaint. If the names of all the plaintiffs cannot fit in
the space above, please write "see attached" in the space
and attach an additional page with the full list of names.)*

-against-

U.S. Air Force, U.S. Army, U.S.
Army Special Forces, U.S.
Army Special Operations

*(Write the full name of each defendant who is being sued.
If the names of all the defendants cannot fit in the space
above, please write "see attached" in the space and attach
an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☑ No

*(check one)*

Page 1-2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_Jillbett Sadigh_

_____

_____

*(Write the full name of each plaintiff who is filing this*
*complaint. If the names of all the plaintiffs cannot fit in*
*the space above, please write "see attached" in the space*
*and attach an additional page with the full list of names.)*

-against-

U.S, Marine Corps, U.S, Navy
Biden Administration, Internal
Affairs, Northwell Health, LIJ

*(Write the full name of each defendant who is being sued.*
*If the names of all the defendants cannot fit in the space*
*above, please write "see attached" in the space and attach*
*an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☑ No
                    *(check one)*

Page 13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_Jillbett Saligh_

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_Zucker Hillside hospital,_
_Queens Hospital Center, Elmhurst_
_Hospital, Mount Sinai, Northshude_

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☑ No
                *(check one)*

Page 1-4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Jilbert Sadiql
_____

_____

_____

*(Write the full name of each plaintiff who is filing this
complaint. If the names of all the plaintiffs cannot fit in
the space above, please write "see attached" in the space
and attach an additional page with the full list of names.)*

-against-

Safe HOHZON
_____

_____

_____

*(Write the full name of each defendant who is being sued.
If the names of all the defendants cannot fit in the space
above, please write "see attached" in the space and attach
an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☑ No
*(check one)*

page
1-5

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional
pages if needed.

| | |
|---|---|
| Name | Jillbert Sadigh |
| Street Address | 83-60 118 st, Apt 4B |
| City and County | Kew Gardens, Queens |
| State and Zip Code | New York, 11415 |
| Telephone Number | 646-799-8633 |
| E-mail Address | |

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For an
individual defendant, include the person's job or title (if known). Attach additional pages if
needed.

Defendant No. 1

| | |
|---|---|
| Name | |
| Job or Title | |
| (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |
| (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title | |
| (if known) | |
| Street Address | |
| City and County | |

2

Defendant No. 1

Name The United States Of America

Job or Title_____
(if known)

Street Address 1600 Pennsylvania Ave NW

City and County Washington, DC

State and Zip Code 20500

Telephone Number_____

E-mail Address_____
(if known)


Defendant No. 2

Name New York State

Job or Title_____
(if known)

Street Address 123 William St

City and County New York

State and Zip Code New York, 10038

Telephone Number_____

E-mail Address_____
(if known)


Defendant No. 3

Name CPS (Administration Of Children's Services)

Job or Title_____
(if known)

Street Address 150 William St

City and County New York

State and Zip Code New York, 10038

Telephone Number_____

E-mail Address_____
(if known)

page 2-4

Defendant No. __4__

Name NYPD

Job or Title _____

(if known)

Street Address 1 Police Plaza

City and County New York

State and Zip Code New York, 10038

Telephone Number _____

E-mail Address _____
(if known)


Defendant No. __5__

Name President Joe Biden

Job or Title _____

(if known)

Street Address 1600 Pennsylvania Ave NW

City and County Washington, DC

State and Zip Code 20500

Telephone Number _____

E-mail Address _____
(if known)


Defendant No. __6__

Name U.S. Military

Job or Title _____

(if known)

Street Address 133 Boston Post Road

City and County Weston, MA

State and Zip Code 02493

Telephone Number 978-461-8000

E-mail Address _____
(if known)

Page 2-5

Defendant No. __7__

Name FDNY_____

Job or Title_____

 (if known)

Street Address 9 MetroTech Center_____

City and County Brooklyn_____

State and Zip Code New York, 11021_____

Telephone Number_____

E-mail Address_____

(if known)

Defendant No. __8__

Name Queens Family Justice Center_____

Job or Title_____

 (if known)

Street Address 126-02 82nd Ave_____

City and County Kew Gardens, Queens_____

State and Zip Code New York, 11415_____

Telephone Number_____

E-mail Address_____

(if known)

Defendant No. __9__

Name Queens Family Court_____

Job or Title_____

 (if known)

Street Address 151-20 Jamaica Ave_____

City and County Queens_____

State and Zip Code New York, 11432_____

Telephone Number_____

E-mail Address_____

(if known)

Page 2-6

Defendant No. 10

Name U.S. Air Force

Job or Title

(if known)

Street Address 1690 Air Force Pentagon

City and County Washington, DC

State and Zip Code 20330

Telephone Number 703-697-6061

E-mail Address

(if known)

Defendant No. 11

Name U.S. Army

Job or Title

(if known)

Street Address 1000 Defense Pentagon

City and County Washington, DC

State and Zip Code 20330

Telephone Number

E-mail Address

(if known)

Defendant No. 12

Name U.S. Army Special Forces

Job or Title

(if known)

Street Address 1624-1626 Reilly Rd

City and County Fort Bragg

State and Zip Code NC 28310

Telephone Number

E-mail Address

(if known)

Defendant No. 13

Name U.S. Army Special Operations

Job or Title _____
(if known)

Street Address 7701 Tampa Point Blvd

City and County MacDill Air Force Base

State and Zip Code FL, 33621

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 14

Name U.S. Marine Corps

Job or Title _____
(if known)

Street Address 2008 Elliot Rd.

City and County Quantico, VA

State and Zip Code 22134

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 15

Name U.S. Navy

Job or Title _____
(if known)

Street Address 1200 Navy Pentagon

City and County Washington, DC

State and Zip Code 20350

Telephone Number _____

E-mail Address _____
(if known)

Page 28

Defendant No. 16

Name __Biden Administration__

Job or Title_____

(if known)

Street Address __1600 Pennsylvania Ave, NW__

City and County __Washington, DC__

State and Zip Code __20500__

Telephone Number_____

E-mail Address_____

(if known)

Defendant No._____

Name_____

Job or Title_____

(if known)

Street Address_____

City and County_____

State and Zip Code_____

Telephone Number_____

E-mail Address_____

(if known)

Defendant No._____

Name_____

Job or Title_____

(if known)

Street Address_____

City and County_____

State and Zip Code_____

Telephone Number_____

E-mail Address_____

(if known)

Defendant No. 17

Name Internal Affairs

Job or Title
(if known)

Street Address 315 Hudson St

City and County NY

State and Zip Code NY, 10013

Telephone Number

E-mail Address
(if known)

Defendant No. 18

Name Northwell Health (Foundation)

Job or Title
(if known)

Street Address 2000 Marcus Ave

City and County New Hyde Park

State and Zip Code NY, 11042

Telephone Number

E-mail Address
(if known)

Defendant No. 19

Name LIJ Medical Center

Job or Title
(if known)

Street Address 270-05 76th Ave

City and County Queens

State and Zip Code NY, 11040

Telephone Number

E-mail Address
(if known)

page 2-10

Defendant No. 20

Name Zucker Hillside Hospital

Job or Title
(if known)

Street Address 75-59 263rd St

City and County Queens

State and Zip Code NY, 11004

Telephone Number

E-mail Address
(if known)

Defendant No. 21

Name Queens Hospital Center

Job or Title
(if known)

Street Address 82-68-164th St

City and County Queens

State and Zip Code NY, 11432

Telephone Number

E-mail Address
(if known)

Defendant No. 22

Name Elmhurst Hospital

Job or Title
(if known)

Street Address 79-01 Broadway

City and County Queens

State and Zip Code NY, 11373

Telephone Number

E-mail Address
(if known)

Page 2-11

Defendant No. 23

Name___Jamaica Hospital___

Job or Title_____
(if known)

Street Address___8900 Van WyCK EXPY___

City and County___Queens___

State and Zip Code___NY, 11418___

Telephone Number_____

E-mail Address_____
(if known)

Defendant No. 24

Name___MOUNt Sinai Morningside___

Job or Title_____
(if known)

Street Address___419 W. 114 St___

City and County___NY___

State and Zip Code___NY, 10025___

Telephone Number_____

E-mail Address_____
(if known)

Defendant No.____

Name_____

Job or Title_____
(if known)

Street Address_____

City and County_____

State and Zip Code_____

Telephone Number_____

E-mail Address_____
(if known)

page
2-12

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

(if known)

Defendant No. 3

    Name    _____

    Job or Title    _____

    (if known)

    Street Address City    _____

    and County State    _____

    and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____

    (if known)

Defendant No. 4

    Name    _____

    Job or Title    _____

    (if known)

    Street Address City    _____

    and County State    _____

    and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____

    (if known)

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Emancipation proclamation, International Convention for the protection of all persons from enforced disappearance, and all statutes, federal treaties Constitutional laws have been disregarded/broken towards us three, except (No one has been killed) WE have been held/kept against our own will otherwise.*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Jilbert Sadigh, is a citizen of the State of *(name)* New York.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

What is the basis for federal court jurisdiction? *(check all that apply)*

   ☑ Federal question                             ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual

The plaintiff, *(name)* __Daniel Gibok Kyung__ is a citizen of the State of *(name)* __New York__.

        b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual

The defendant, *(name)* __Joe Biden__, is a citizen of the State of *(name)* __Scranton, Pennsylvania__ *Or* is a citizen of *(foreign nation)* _____.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____


B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Irina R. Pinkhasov, is a citizen of the State of *(name)* New York.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4 - 3

b.    If the defendant is a corporation

The defendant, *(name)* ___North Well Health___ is incorporated under the laws of the State of *(name)* ___New York___, and has its principal place of business in the State of *(name)* ___New York___. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

___The amount at stake is more than $75,000 because that is and will not pay for all the pain, time lost, sorrow, difficulties, or be a price to cover what we have and are going through until this current second. Irina is supposed to be with me and she's not which is a heart breaker as well. I've been keeping strong while the US is reflecting as camoflauge on me 24/7.___

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

___The twin flame connection can and is affected because of the U.S. Government using a Neuro Machine on my political abducted twin flame Dr. Daniel Gibok Kyung. My daughter Irina R. Pinkharov has been with her father since 2022. We have and are seeing beyond measures without a choice. My evidence is from having so much love and faith and of course G-d. Without negligence, poison, and toxicity, twin flames connect 24/7.___

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Defamation Punitive damages, Negligence, Workers compensation Pain and Suffering, Personal INJURY, ARSon, CAR ACcident Termite damage, and Compensation for living on ('Life Line') every day, even though We knew and know that twin flames purpose/missions are for a purpose in our Universe. This Mission was and is for my daughter to live how she deserves (my princess) and also for our country and the World.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MAY 1, 2023

Signature of Plaintiff       Jill Sadigh

Printed Name of Plaintiff    Jillbert Sadigh

Complaint # City Hall

311

Missing
Person
Complaint

EC00546572

Exhibit 1

Exhibit 2



Exhibit 3



Exhibit 4



Exhibit 5











Exhibit 6



Move to
Archive

Delete from
device

Order photo

Use

5, 2023 · 4:48 PM

ption

Add to
album

Move to
Archive

Delete from
device

Order

Tue, Apr 25, 2023 · 4:47 PM

Add description…

Details

Exhibit 7



SOS only    9:25 PM    100%

February 1, 2023
1:55 AM

Edit



Exhibit 8

No SIM                    12:19 AM                    80%

< February 1, 2023    Edit    ⋯
1:55 AM

00:14







Exhibit 10

Case 1:23-cv-02937-RPK-RML    Document 1    Filed 05/02/23    Page 32 of 131 PageID #: 48

February 1, 2023
1:55 AM

Edit



00:15



Exhibit
11

Case 1:23-cv-02937-RPK-RML  Document 4  Filed 05/02/23  Page 33 of 131 PageID #: 49



Exhibit
12

February 1, 2023
1:55 AM

Edit



Exhibit
13







EXHIBIT 15



No SIM                                          2:06 AM                    55%

February 1, 2023
1:55 AM

‹                                                                    Edit      



00:50





February 1, 2023
1:55 AM

Edit

01:16

EXHIBIT
17



Exhibit 18



The US Navy really wants a flying stealth drone. To that end the organisation has been developing a number of prototypes, the most prominent of which is the 'UFO' styled X-47B combat demonstrator.

While looking similar to other UAV drones, the Navy definitely has the claim of it being not only the most capable, but the scariest.

Don´t rent a car. Rent THE car

Save up to 15% · Sixt
Don't rent a car. Rent THE car. Book now & save up to 15% SIXT rent THE car
OPEN



Exhibit
18







EXhibit
19

# ADAPTIV – a unique camouflage system

Imagine making a tank invisible with a cloaking device that is capable of masking the vehicle's infrared signature to enemy eyes, and the significant advantages this would hold on the battlefield.

It sounds more like a scene from a Harry Potter movie, but BAE Systems is making the reality possible by developing a unique camouflage system called ADAPTIV, that allows a vehicle to blend into its surroundings, effectively becoming invisible to hostile thermal imaging systems.

With peacekeeping operations now often taking place in deserts, as well as forests and towns all in the same day, ADAPTIV is capable of shielding large pieces of military

This site uses cookies. Cookies that are strictly necessary for the website to function are always on and cannot be switched off. To accept functional, performance and targeting cookies, click "Accept All". Alternatively, you can reject these cookies by clicking the "Necessary Cookies only" button.

**Manage My Choices**

**Necessary Cookies only**

Accept



Exhibit
20

With peacekeeping operations now often taking place in deserts, as well as forests and towns all in the same day, ADAPTIV is capable of shielding large pieces of military equipment from detection by allowing vehicles to mimic the temperature of their surroundings to suit varying terrain. It can also make a tank look like other objects, such as a cow or a car, or bushes and rocks.



This site uses cookies. Cookies that are strictly necessary for the website to function are always on and cannot be switched off. To accept functional, performance and targeting cookies, click "Accept All". Alternatively, you can reject these cookies by clicking the "Necessary Cookies only" button.

**Manage My Choices**

**Necessary Cookies only**

**Accept All**

Exhibit
20

**Eduard Pinkhasov**
last seen today at 12:24 PM

Today

I need makeup time    12:21 PM

Today    12:22 PM

There'd an order in place    12:22 PM

Theres    12:22 PM

She is not your property    12:22 PM

Got o time square and get it    12:23 PM

She is now    12:23 PM

No she isnt    12:23 PM

She is my daughter too    12:23 PM

Message


Exhibit
21





Exhibit 21

**10:27**

MS

Mehrdad ›

Jul 13, 2020, 9:03 PM

Last chance leave me alone

Give them my number

I got a criminal lawyer to do what's needs to be done

Do not get me started on this

Fuck your lawyer and your cops together

Soon all your ppl will know the truth about all this

U are nasi for what you doing to us , I got u

Have Irina Face time me today, I miss her birthday see what's up

Done

MS

# Mehrdad Sadigh

📞 call    🎥 video    ✉️ mail    👤 info

Send My Current Location

Exhibit
22



Exhibit
22



# National Intelligence Services

**A PROFESSIONAL INVESTIGATIONS FIRM**

TELEPHONE (888) 589-6464  •  FAX (888) 599-1717
E-MAIL: info@national-intelligence.com

**BUSINESS LICENSE #: 9050064**
**PROFESSIONAL LICENSE#: 1634044**

**March 1, 2018**

## Background Investigations Scope and Purpose

The intent of this background check is to explore the possible criminal activity, character, and well-being of the subject in regards to suitability as a custodial or unsupervised shared time parent.

Please note: This is initial information found and work is still being done to confirm the subject is truly the subject of the investigation. This report is to be considered a preliminary report.

Resources utilized include: public and private databases, public records, government records, government contacts, and phone interviews.

### Subject of Investigation

**Name: EDUARD PINKHASOV**     DOB: **05/03/1972**  SSN: **083-74-XXXX**

Possible photos of subject:



## EDUARD PINKHASOV, 45 Years Old

| Name: EDUARD PINKHASOV<br>SSN: xxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE, PHOENIX, AZ 85051-6667 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>DL Number: D02144019<br>DL Issuing State: AZ<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:  X  **Exact Match**<br>Middle Name:  **Not Provided**<br>Last Name:  X  **Exact Match**<br>Date Of Birth:  **Not Provided**<br>Age:  **Not Provided**<br>Address:  **Not Provided**<br>Height:  **Not Provided**<br>Ethnicity:  **Not Provided** |
|---|---|
| OffenseDescription1: **DRIVING W/DL SUSP/REVOKED OR CANC**<br>Case Number: M-0741-5096151<br>Status: **DEFENDANT**<br>Crime Type: **TRAFFIC**<br>Classification: **MISDEMEANOR** | Charges Filed Date: 08/29/2016<br>Case Type: **TRAFFIC**<br>Court: 147 - PHOENIX MUNICIPAL<br>Disposition: **DEF APPEARS/FTA SATISFIED**<br>Disposition Date: 08/10/2017 |
| OffenseDescription1: **DUI-DANGEROUS DRUG OR METABOLITE**<br>Case Number: M-0741-5096151<br>Status: **DEFENDANT**<br>Crime Type: **TRAFFIC**<br>Classification: **MISDEMEANOR** | Charges Filed Date: 08/29/2016<br>Case Type: **TRAFFIC**<br>Court: 147 - PHOENIX MUNICIPAL<br>Disposition: **DEF APPEARS/FTA SATISFIED**<br>Disposition Date: 08/10/2017 |
| OffenseDescription1: **DUI-IMPAIRED TO SLIGHTEST DEGREE**<br>Case Number: M-0741-5096151 | Charges Filed Date: 08/29/2016<br>Case Type: **TRAFFIC** |

**ARIZONA**

Exhibit 23-1

National Intelligence Services     18-021301 EDUARD PINKHASOV     Confidential

| | |
|---|---|
| Status: **DEFENDANT**<br>Crime Type: **TRAFFIC**<br>Classification: **MISDEMEANOR** | Court: **147 - PHOENIX MUNICIPAL**<br>Disposition: **DEF APPEARS/FTA SATISFIED**<br>Disposition Date: **08/10/2017** |

**ARIZONA**

Page **2** of **35**

Exhibit
23-2

National Intelligence Services      18-021301 EDUARD PINKHASOV                    Confidential

Crime Details - **08/01/2014 - AZ**

| | |
|---|---|
| OffenseDescription1: **NOT SPECIFIED**<br>Case Number: **J-0709-TR-2014136995**<br>Status: **DEFENDANT**<br>Crime Type: **TRAFFIC** | Charges Filed Date: **08/01/2014**<br>Case Type: **TRAFFIC**<br>Court: **156 - MOON VALLEY JUSTICE** |

**ARIZONA**

Exhibit
23-3

National Intelligence Services          18-021301 EDUARD PINKHASOV          Confidential

## EDUARD PINKHASOV, 45 Years Old

| Name: **EDUARD PINKHASOV**<br>DOB: **05/03/1972**, Born 45 Years Ago<br>Address: **7823 N 27TH AVE, PHOENIX, AZ 85051-6667 (MARICOPA COUNTY)**<br>Gender: **M**<br>Is Sex Offender: **No**<br>Source Name: **ADMIN OFFICE OF COURTS**<br>Source State: **AZ** | **Match Indicators** |
|---|---|
| | First Name:     X   **Exact Match**<br>Middle Name:      **Not Provided**<br>Last Name:      X   **Exact Match**<br>Date Of Birth:      **Not Provided**<br>Age:          **Not Provided**<br>Address:          **Not Provided**<br>Height:          **Not Provided**<br>Ethnicity:          **Not Provided** |
| OffenseDescription1: **UNSPECIFIED**<br>Case Number: **64810131**<br>Crime County: **MARICOPA**<br>Crime Type: **TRAFFIC** | Charges Filed Date: **08/01/2014**<br>Case Type: **TRAFFIC**<br>Court: **MOON VALLEY JUSTICE**<br>Disposition Date: **05/05/2016** |

**ARIZONA**

Exhibit
23-4

National Intelligence Services          18-021301 EDUARD PINKHASOV          Confidential

## EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: **EDUARD PINKHASOV**<br>DOB: **05/03/1972**, Born **45** Years Ago<br>Is Sex Offender: **No**<br>Source Name: **RIVERSIDE COUNTY - SUPERIOR COURT**<br>Source State: **CA** | **Match Indicators**<br><br>First Name:        X  **Exact Match**<br>Middle Name:         **Not Provided**<br>Last Name:        X  **Exact Match**<br>Date Of Birth:         **Not Provided**<br>Age:         **Not Provided**<br>Address:         **Not Provided**<br>Height:         **Not Provided**<br>Ethnicity:         **Not Provided** |
| OffenseDescription1: **NOT SPECIFIED**<br>Case Number: **BLM1600151**<br>Crime County: **RIVERSIDE**<br>Classification: **NOT SPECIFIED** | Charges Filed Date: **02/17/2016** |

**ARIZONA**

Exhibit
23-5

National Intelligence Services          18-021301 EDUARD PINKHASOV                    Confidential

## EDUARD PINKHASOV, 45 Years Old

| Name: EDUARD PINKHASOV<br>AKAs: EDUARD<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE, PHOENIX, AZ 85051-6667 (MARICOPA COUNTY)<br>Gender: M<br>Ethnicity: WHITE<br>Is Sex Offender: No<br>Source Name: MARICOPA COUNTY<br>Source State: AZ | **Match Indicators**<br><br>First Name:      X  **Exact Match**<br>Middle Name:      **Not Provided**<br>Last Name:      X  **Exact Match**<br>Date Of Birth:      **Not Provided**<br>Age:      **Not Provided**<br>Address:      **Not Provided**<br>Height:      **Not Provided**<br>Ethnicity:      **Not Provided** |
|---|---|
| OffenseDescription1: DRIVE W/LIC SUSP/REVOKE/CANC<br>Case Number: TR2014136995<br>Crime County: MARICOPA<br>Status: ADJUDICATED<br>Status Date: 10/02/2015<br>Warrant: ARCRP 26.12C - POST ADJUDICATION WARRANT (FAILURE TO PAY OR COMPLY WITH COURT ORDERS),<br>WARRANT ISSUING COURT: MOON VALLEY JUSTICE COURT<br>Warrant Date: 08/20/2015<br>Crime Type: TRAFFIC<br>Classification: MISDEMEANOR<br>OffenseCode: 28-3473A<br>DegreeOfOffense: M<br>Counts: A | Charges Filed Date: 08/01/2014<br>Case Type: CRIMINAL TRAFFIC<br>Court: MOON VALLEY JUSTICE COURT<br>Court Costs: 813.96<br>Disposition: 11 - PLEA OF GUILTY OR RESPONSIBLE; SENTENCE IMPOSED.<br>Offense Date: 07/30/2014<br>Disposition Date: 10/02/2015 |

**ARIZONA**

Exhibit
23-6

National Intelligence Services        18-021301 EDUARD PINKHASOV        Confidential

## EDUARD PINKHASOV, 45 Years Old

| Name: EDUARD PINKHASOV | Match Indicators |
|---|---|
| DOB: 05/03/1972, Born 45 Years Ago | |
| Address: 7823 N 27TH AVE, PHOENIX, AZ 85051-6667 (MARICOPA COUNTY) | First Name:        X  Exact Match |
| Gender: M | Middle Name:      Not Provided |
| Is Sex Offender: No | Last Name:        X  Exact Match |
| Source Name: ADMIN OFFICE OF COURTS | Date Of Birth:     Not Provided |
| Source State: AZ | Age:               Not Provided |
| | Address:           Not Provided |
| | Height:            Not Provided |
| | Ethnicity:         Not Provided |
| OffenseDescription1: UNSPECIFIED | Charges Filed Date: 11/04/2013 |
| Case Number: 62772327 | Case Type: TRAFFIC |
| Crime County: MARICOPA | Court: WEST MCDOWELL JUSTICE |
| Crime Type: TRAFFIC | Disposition Date: 02/20/2014 |
| OffenseDescription1: NOT SPECIFIED | Charges Filed Date: 11/04/2013 |
| Case Number: J-0716-CT-2013197853 | Case Type: TRAFFIC |
| Status: DEFENDANT | Court: 163 - WEST MCDOWELL JUSTICE |
| Crime Type: TRAFFIC | |

**ARIZONA**

Exhibit
23-7

National Intelligence Services        18-021301 EDUARD PINKHASOV                     Confidential

## EDUARD PINKHASOV

| | |
|---|---|
| Name: EDUARD PINKHASOV<br>DOB: Unavailable<br>Address: 7823 N 27TH AVE, PHOENIX, AZ 85051-6667 (MARICOPA COUNTY)<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:      X  Exact Match<br>Middle Name:       Not Provided<br>Last Name:       X  Exact Match<br>Date Of Birth:       Not Provided<br>Age:          Not Provided<br>Address:       Not Provided<br>Height:       Not Provided<br>Ethnicity:       Not Provided |
| OffenseDescription1: EXTERIOR PREMISES STD VIOLATION<br>Case Number: 61848585<br>Crime County: MARICOPA<br>DegreeOfOffense: NON CRIMINAL | Charges Filed Date: 03/26/2013<br>Case Type: NON CRIMIN<br>Court: PHOENIX MUNICIPAL<br>Disposition: FAILURE TO APPEAR<br>Disposition Date: 05/17/2013 |
| OffenseDescription1: YARD, HEIGHT AND AREA REQUIREMENTS<br>Case Number: 61848585<br>Crime County: MARICOPA<br>DegreeOfOffense: NON CRIMINAL | Charges Filed Date: 03/26/2013<br>Case Type: NON CRIMIN<br>Court: PHOENIX MUNICIPAL<br>Disposition: FAILURE TO APPEAR<br>Disposition Date: 05/17/2013 |

**ARIZONA**

Exhibit
23-8

National Intelligence Services    18-021301 EDUARD PINKHASOV    Confidential

## EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: EDUARD PINKHASOV<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Ethnicity: WHITE<br>Is Sex Offender: No<br>Source Name: MARICOPA COUNTY - JUSTICE COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:    X  **Exact Match**<br>Middle Name:    **Not Provided**<br>Last Name:    X  **Exact Match**<br>Date Of Birth:    **Not Provided**<br>Age:    **Not Provided**<br>Address:    **Not Provided**<br>Height:    **Not Provided**<br>Ethnicity:    **Not Provided** |
| OffenseDescription1: EXCEED 85 MPH<br>Case Number: TR2012158684<br>Crime County: MARICOPA<br>Status: **ADJUDICATED**<br>Status Date: **07/10/2013**<br>Crime Type: **TRAFFIC**<br>OffenseCode: **28-701.02A3**<br>DegreeOfOffense: **M**<br>Counts: **2** | Charges Filed Date: **11/14/2012**<br>Case Type: **CRIMINAL TRAFFIC**<br>Court: **ENCANTO JUSTICE COURT**<br>Disposition: **21 - JUDGEMENT OF GUILTY OR RESPONSIBLE;**<br>**SENTENCE IMPOSED**<br>Offense Date: **11/07/2012**<br>Disposition Date: **07/10/2013** |
| OffenseDescription1: FAIL TO PROD EVID OF FIN RESP<br>Case Number: TR2012158684<br>Crime County: MARICOPA<br>Status: **ADJUDICATED**<br>Status Date: **07/10/2013**<br>Crime Type: **TRAFFIC**<br>OffenseCode: **28-4135C**<br>DegreeOfOffense: **T1**<br>Counts: **2** | Charges Filed Date: **11/14/2012**<br>Case Type: **CRIMINAL TRAFFIC**<br>Court: **ENCANTO JUSTICE COURT**<br>Disposition: **43 - DISMISSED ON MOTION OF COURT OR**<br>**DEFENDANT**<br>Offense Date: **11/07/2012**<br>Disposition Date: **03/12/2013** |

**ARIZONA**

Exhibit
23-9

National Intelligence Services          18-021301 EDUARD PINKHASOV          Confidential

## EDUARD PINKHASOV, 45 Years Old

| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:     X  **Exact Match**<br>Middle Name:        **Not Provided**<br>Last Name:     X  **Exact Match**<br>Date of Birth:        **Not Provided**<br>Age:        **Not Provided**<br>Address:        **Not Provided**<br>Height:        **Not Provided**<br>Ethnicity:        **Not Provided** |
|---|---|
| OffenseDescription1: SCHOOL ZONE >15 MPH CIV PENALTY DBL<br>Case Number: 28558715<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 1 | Charges Filed Date: 02/23/2011<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: JDGMT GUILTY/RESP SENT IMPOSED<br>Disposition Date: 03/29/2011 |

**ARIZONA**

Exhibit
23-10

National Intelligence Services          18-021301 EDUARD PINKHASOV          Confidential

## EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:    X  Exact Match<br>Middle Name:      Not Provided<br>Last Name:    X  Exact Match<br>Date Of Birth:      Not Provided<br>Age:      Not Provided<br>Address:      Not Provided<br>Height:      Not Provided<br>Ethnicity:      Not Provided |
| OffenseDescription1: SPEED > REASONABLE/PRUDENT; AVOID COLL<br>Case Number: 28297566<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 1 | Charges Filed Date: 12/08/2010<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: COMPL DISMISSED BY COURT<br>Disposition Date: 03/25/2011 |

**ARIZONA**

Exhibit
23-11

National Intelligence Services    18-021301 EDUARD PINKHASOV    Confidential

## EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:        X   Exact Match<br>Middle Name:         Not Provided<br>Last Name:        X   Exact Match<br>Date Of Birth:        Not Provided<br>Age:        Not Provided<br>Address:        Not Provided<br>Height:        Not Provided<br>Ethnicity:        Not Provided |
| OffenseDescription1: FAIL TO PRODUCE EVIDENCE OF FIN. RESP.<br>Case Number: 28558715<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 2 | Charges Filed Date: 02/23/2011<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: COMPL DISMISSED BY COURT<br>Disposition Date: 02/28/2011 |

**ARIZONA**

Exhibit
23-12

National Intelligence Services     18-021301 EDUARD PINKHASOV     Confidential

## EDUARD PINKHASOV, 45 Years Old

| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | Match Indicators<br><br>First Name:   X  Exact Match<br>Middle Name:     Not Provided<br>Last Name:   X  Exact Match<br>Date Of Birth:     Not Provided<br>Age:     Not Provided<br>Address:     Not Provided<br>Height:     Not Provided<br>Ethnicity:     Not Provided |
| OffenseDescription1: FAIL TO PRODUCE EVIDENCE OF FIN. RESP.<br>Case Number: 28197566<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 2 | Charges Filed Date: 12/08/2010<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: COMPL DISMISSED BY COURT<br>Disposition Date: 12/30/2010 |

**ARIZONA**

Exhibit
23-B

National Intelligence Services          18-021301 EDUARD PINKHASOV                    Confidential

## EDUARD PINKHASOV, 45 Years Old

| Name: EDUARD PINKHASOV | Match Indicators |
|---|---|
| SSN: xxxxx4486 | |
| DOB: 05/03/1972, Born 45 Years Ago | First Name:      X   Exact Match |
| Address: 1018 W KINGS AVE, PHOENIX, AZ 85023 (MARICOPA COUNTY) | Middle Name:       Not Provided |
| Gender: M | Last Name:       X   Exact Match |
| Ethnicity: WHITE | Date Of Birth:       Not Provided |
| Is Sex Offender: No | Age:              Not Provided |
| Source Name: ADMIN OFFICE OF COURTS | Address.           Not Provided |
| Source State: AZ | Height:            Not Provided |
| | Ethnicity:          Not Provided |
| OffenseDescription1: ASSAULT-TOUCHED TO INJURE | Charges Filed Date: 12/23/2009 |
| Case Number: 26303682 | Case Type: CRIMINAL |
| Crime County: MARICOPA | Court: GLENDALE MUNICIPAL |
| Counts: 2 | Disposition: COURT DISMISSAL |
| | Disposition Date: 06/25/2010 |

**ARIZONA**

Exhibit
23-14

National Intelligence Services     18-021301 EDUARD PINKHASOV     Confidential

## EDUARD PINKHASOV, 45 Years Old

| | Match Indicators |
|---|---|
| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | First Name:    X   Exact Match<br>Middle Name:     Not Provided<br>Last Name:    X   Exact Match<br>Date Of Birth:     Not Provided<br>Age:     Not Provided<br>Address:     Not Provided<br>Height:     Not Provided<br>Ethnicity:     Not Provided |
| OffenseDescription1: NO REGISTRATION IN VEHICLE<br>Case Number: 26573734<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 4 | Charges Filed Date: 02/16/2010<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: COMPL DISMISSED BY COURT<br>Disposition Date: 05/12/2010 |
| OffenseDescription1: FAIL TO PRODUCE EVIDENCE OF FIN. RESP.<br>Case Number: 26573734<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 3 | Charges Filed Date: 02/16/2010<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: COMPL DISMISSED BY COURT<br>Disposition Date: 05/12/2010 |
| OffenseDescription1: DRIVING W/DL SUSP/REV FOR FTP OR FTA<br>Case Number: 26573734<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 1 | Charges Filed Date: 02/16/2010<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: PLEA GUILTY/RESP SENT IMPOSED<br>Disposition Date: 05/12/2010 |

**ARIZONA**


EXHIBIT
23-15

National Intelligence Services    18-021301 EDUARD PINKHASOV    Confidential

## EDUARD PINKHASOV, 45 Years Old

| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 1018 W KINGS AVE, PHOENIX, AZ 85023 (MARICOPA COUNTY)<br>Gender: M<br>Ethnicity: WHITE<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br>First Name:      X   Exact Match<br>Middle Name:         Not Provided<br>Last Name:       X   Exact Match<br>Date Of Birth:       Not Provided<br>Age:                 Not Provided<br>Address:             Not Provided<br>Height:              Not Provided<br>Ethnicity:           Not Provided |
|---|---|
| OffenseDescription1: LOCAL CHARGE<br>Case Number: 26059901<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 2 | Charges Filed Date: 12/03/2009<br>Case Type: TRAFFIC<br>Court: SCOTTSDALE CITY COURT<br>Disposition: PLEA GUILTY/RESP SENT IMPOSED<br>Disposition Date: 03/19/2010 |
| OffenseDescription1: NO LEGIBLE DRIVER LICENSE IN POSSESSION<br>Case Number: 26059901<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 1 | Charges Filed Date: 12/03/2009<br>Case Type: TRAFFIC<br>Court: SCOTTSDALE CITY COURT<br>Disposition: PLEA GUILTY/RESP SENT IMPOSED<br>Disposition Date: 03/19/2010 |
| OffenseDescription1: STOP SIGN VIOLATION<br>Case Number: 26059901<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 3 | Charges Filed Date: 12/03/2009<br>Case Type: TRAFFIC<br>Court: SCOTTSDALE CITY COURT<br>Disposition: PLEA GUILTY/RESP SENT IMPOSED<br>Disposition Date: 03/19/2010 |

**ARIZONA**

Exhibit
23-16

National Intelligence Services    18-021301 EDUARD PINKHASOV    Confidential

## EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:     X  Exact Match<br>Middle Name:        Not Provided<br>Last Name:      X  Exact Match<br>Date Of Birth:       Not Provided<br>Age:                Not Provided<br>Address:            Not Provided<br>Height:             Not Provided<br>Ethnicity:          Not Provided |
| OffenseDescription1: DISPLAYING SUSPENDED PLATE (M/I)<br>Case Number: 26573734<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 2 | Charges Filed Date: 02/16/2010<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: COMPL DISMISSED BY COURT<br>Disposition Date: 03/10/2010 |

**ARIZONA**

EXhibit
23-17

National Intelligence Services          18-021301 EDUARD PINKHASOV                    Confidential

## EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: EDUARD PINKHASOV<br>DOB: 05/03/1972, Born 45 Years Ago<br>Gender: M<br>Hair: BROWN<br>Height: 70<br>Ethnicity: WHITE<br>Eyes: BLACK<br>Source Name: MARICOPA COUNTY SHERIFF'S OFFICE -<br>MARICOPA COUNTY ARRESTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:        X  Exact Match<br>Middle Name:        Not Provided<br>Last Name:        X  Exact Match<br>Date Of Birth:        Not Provided<br>Age:            Not Provided<br>Address:          Not Provided<br>Height:          Not Provided<br>Ethnicity:          Not Provided |
| Charges: 001 MISDEMEANOR COUNT OF DRIVE W/LIC<br>SUSPENDED FTA/FTP<br>Source State: AZ | Booking Number: P632098 |

**ARIZONA**

Exhibit
23-18

National Intelligence Services     18-021301 EDUARD PINKHASOV

Confidential

## ED PINKHASOV, 45 Years Old

| Name: **ED PINKHASOV**<br>AKAs: **ED**<br>DOB: **05/03/1972**, Born **45 Years Ago**<br>Is Sex Offender: **No**<br>Source Name: **MARICOPA COUNTY**<br>Source State: **AZ** | **Match Indicators** | |
|---|---|---|
| | First Name: | **X**   **Not Matched** |
| | Middle Name: | **Not Provided** |
| | Last Name: | **X**   **Exact Match** |
| | Date Of Birth: | **Not Provided** |
| | Age: | **Not Provided** |
| | Address: | **Not Provided** |
| | Height: | **Not Provided** |
| | Ethnicity: | **Not Provided** |
| OffenseDescription1: **NOT SPECIFIED**<br>Case Number: **JC2009136067**<br>Crime County: **MARICOPA**<br>Counts: **2** | Charges Filed Date: **05/28/2009**<br>Case Type: **JUSTICE CRIMINAL** | |

**ARIZONA**

Page **19** of **35**

Exhibit
23-19

National Intelligence Services        18-021301 EDUARD PINKHASOV        Confidential

## EDUARD PINKHASOV, 45 Years Old

| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | Match Indicators | |
|---|---|---|
| | First Name: | X  Exact Match |
| | Middle Name: | Not Provided |
| | Last Name: | X  Exact Match |
| | Date Of Birth: | Not Provided |
| | Age: | Not Provided |
| | Address: | Not Provided |
| | Height: | Not Provided |
| | Ethnicity: | Not Provided |
| OffenseDescription1: SPEED > REASONABLE/PRUDENT; AVOID COLL.<br>Case Number: 24365280<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 1 | Charges Filed Date: 03/11/2009<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: JDGMT GUILTY/RESP SENT IMPOSED<br>Disposition Date: 05/28/2009 | |

**ARIZONA**

Exhibit
23-2

National Intelligence Services     18-021301 EDUARD PINKHASOV          Confidential

## ED PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: ED PINKHASOV<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Is Sex Offender: No<br>Source Name: MARICOPA COUNTY - JUSTICE COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:      X   **Not Matched**<br>Middle Name:         **Not Provided**<br>Last Name:      X   **Exact Match**<br>Date Of Birth:       **Not Provided**<br>Age:               **Not Provided**<br>Address:           **Not Provided**<br>Height:            **Not Provided**<br>Ethnicity:         **Not Provided** |
| OffenseDescription1: **FIRE EXTINGUISHERS REQUIREMENT**<br>Case Number: **JC2009136067**<br>Crime County: **MARICOPA**<br>Status: **ADJUDICATED**<br>Status Date: **08/27/2009**<br>OffenseCode: **5-332A**<br>DegreeOfOffense: **M**<br>Counts: **2** | Charges Filed Date: **05/28/2009**<br>Case Type: **JUSTICE CRIMINAL**<br>Court: **HASSAYAMPA JUSTICE COURT**<br>Disposition: **43 - DISMISSED ON MOTION OF COURT OR DEFENDANT**<br>Offense Date: **05/25/2009**<br>Disposition Date: **08/27/2009** |
| OffenseDescription1: **NO CERTIFICATE (REGISTRATION) ON BOARD**<br>Case Number: **JC2009136067**<br>Crime County: **MARICOPA**<br>Status: **ADJUDICATED**<br>Status Date: **08/27/2009**<br>OffenseCode: **5-321E**<br>DegreeOfOffense: **PO**<br>Counts: **2** | Charges Filed Date: **05/28/2009**<br>Case Type: **JUSTICE CRIMINAL**<br>Court: **HASSAYAMPA JUSTICE COURT**<br>Disposition: **43 - DISMISSED ON MOTION OF COURT OR DEFENDANT**<br>Offense Date: **05/25/2009**<br>Disposition Date: **08/27/2009** |

**ARIZONA**

Page **21** of **35**

Exhibit
23-2

## EDUARD PINKHASOV, 45 Years Old

| | Match Indicators | |
|---|---|---|
| Name: EDUARD PINKHASOV | First Name: | X  Exact Match |
| DOB: 05/03/1972, Born 45 Years Ago | Middle Name: | Not Provided |
| Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY) | Last Name: | X  Exact Match |
| Gender: M | Date Of Birth: | Not Provided |
| Ethnicity: WHITE | Age: | Not Provided |
| Is Sex Offender: No | Address: | Not Provided |
| Source Name: ADMIN OFFICE OF COURTS | Height: | Not Provided |
| Source State: AZ | Ethnicity: | Not Provided |

| | |
|---|---|
| OffenseDescription1: LOCAL CHARGE | Charges Filed Date: 12/22/2008 |
| Case Number: 24061890 | Case Type: TRAFFIC |
| Crime County: MARICOPA | Court: GLENDALE MUNICIPAL |
| Crime Type: TRAFFIC | Disposition: PLEA GUILTY/RESP SENT IMPOSED |
| Counts: 1 | Disposition Date: 03/13/2009 |

**ARIZONA**

EXhibit
23-22

National Intelligence Services        18-021301 EDUARD PINKHASOV                    Confidential

## EDUARD PINKHASOV, 45 Years Old

| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB. 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:      X   Exact Match<br>Middle Name:      Not Provided<br>Last Name:      X   Exact Match<br>Date Of Birth:      Not Provided<br>Age:      Not Provided<br>Address:      Not Provided<br>Height:      Not Provided<br>Ethnicity:      Not Provided |
|---|---|
| OffenseDescription1: ASSAULT - TOUCHING WITH INTENT TO INJURE<br>Case Number: 22192419<br>Crime County: MARICOPA<br>Counts: 1 | Charges Filed Date: 09/12/2007<br>Case Type: CRIMINAL<br>Court: PHOENIX MUNICIPAL<br>Disposition: COMPL DISMISSED BY COURT<br>Disposition Date: 02/25/2008 |

**ARIZONA**

Page 23 of 35

Exhibit
23-29

National Intelligence Services           18-021301 EDUARD PINKHASOV

Confidential

## EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: EDUARD PINKHASOV | |
| DOB: 05/03/1972, Born 45 Years Ago | |
| Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY) | **Match Indicators** |
| Gender: M | First Name:    X  Exact Match |
| Is Sex Offender: No | Middle Name:      Not Provided |
| Source Name: ADMIN OFFICE OF COURTS | Last Name:    X  Exact Match |
| Source State: AZ | Date Of Birth:      Not Provided |
| | Age:      Not Provided |
| | Address:      Not Provided |
| | Height:      Not Provided |
| | Ethnicity:      Not Provided |
| OffenseDescription1: SPEED > REASONABLE/PRUDENT; AVOID COLL | Charges Filed Date: 11/08/2007 |
| Case Number: 22414963 | Case Type: TRAFFIC |
| Crime County: MARICOPA | Court: PHOENIX MUNICIPAL |
| Crime Type: TRAFFIC | Disposition: JDGMT GUILTY/RESP SENT IMPOSED |
| Counts: 1 | Disposition Date: 01/07/2008 |

**ARIZONA**

Exhibit
23-24

National Intelligence Services          18-021301 EDUARD PINKHASOV                    Confidential

## EDUARD PINKHASOV, 45 Years Old

| Name: EDUARD PINKHASOV<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | Match Indicators |
|---|---|
| | First Name:      X  Exact Match<br>Middle Name:        Not Provided<br>Last Name:       X  Exact Match<br>Date Of Birth:       Not Provided<br>Age:               Not Provided<br>Address:           Not Provided<br>Height:            Not Provided<br>Ethnicity:         Not Provided |
| OffenseDescription1: SPEED > REASONABLE/PRUDENT; AVOID COLL<br>Case Number: 22414963<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 1 | Charges Filed Date: 11/08/2007<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: JDGMT GUILTY/RESP SENT IMPOSED<br>Disposition Date: 01/07/2008 |

**ARIZONA**

Exhibit
23-25

National Intelligence Services       18-021301 EDUARD PINKHASOV                     Confidential

## EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br>First Name:      X   Exact Match<br>Middle Name:      Not Provided<br>Last Name:      X   Exact Match<br>Date Of Birth:      Not Provided<br>Age:      Not Provided<br>Address:      Not Provided<br>Height:      Not Provided<br>Ethnicity      Not Provided |
| OffenseDescription1: SPEED > REASONABLE/PRUDENT; AVOID COLL.<br>Case Number: 22314021<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 1 | Charges Filed Date: 10/17/2007<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: JDGMT GUILTY/RESP SENT IMPOSED<br>Disposition Date: 12/06/2007 |

**ARIZONA**

EXhibit
23-26

National Intelligence Services        18-021301 EDUARD PINKHASOV                    Confidential

## EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: EDUARD PINKHASOV<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br>First Name:     X  Exact Match<br>Middle Name:     Not Provided<br>Last Name:     X  Exact Match<br>Date Of Birth:     Not Provided<br>Age:     Not Provided<br>Address:     Not Provided<br>Height:     Not Provided<br>Ethnicity:     Not Provided |
| OffenseDescription1: FAIL TO PRODUCE EVIDENCE OF FIN. RESP.<br>Case Number: 22414963<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 2 | Charges Filed Date: 11/08/2007<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: COMPL DISMISSED BY COURT<br>Disposition Date: 12/03/2007 |

**ARIZONA**

Exhibit
23-27

National Intelligence Services      18-021301 EDUARD PINKHASOV              Confidential

## EDUARD PINKHASOV, 45 Years Old

| | Match Indicators |
|---|---|
| **Name:** EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | First Name:    X   Exact Match<br>Middle Name:      Not Provided<br>Last Name:     X   Exact Match<br>Date Of Birth:     Not Provided<br>Age:              Not Provided<br>Address:          Not Provided<br>Height:           Not Provided<br>Ethnicity:        Not Provided |
| OffenseDescription1: FAIL TO PRODUCE EVIDENCE OF FIN. RESP.<br>Case Number: 22314021<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 2 | Charges Filed Date: 10/17/2007<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: COMPL DISMISSED BY COURT<br>Disposition Date: 11/08/2007 |
| OffenseDescription1: NO REGISTRATION IN VEHICLE<br>Case Number: 22314021<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 3 | Charges Filed Date: 10/17/2007<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: PLEA GUILTY/RESP SENT IMPOSED<br>Disposition Date: 11/08/2007 |

**ARIZONA**

Page 27 of 35

Exhibit
23-28

National Intelligence Services    .    18-021301 EDUARD PINKHASOV

Confidential

## EDWARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: EDWARD PINKHASOV<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7814 N 42ND AVE, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Ethnicity: WHITE<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:    X  Close Match (EDUARD - EDWARD)<br>Middle Name:       Not Provided<br>Last Name:     X  Exact Match<br>Date Of Birth:       Not Provided<br>Age:               Not Provided<br>Address:           Not Provided<br>Height:            Not Provided<br>Ethnicity:         Not Provided |
| OffenseDescription1: LOCAL CHARGE<br>Case Number: 17228118<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 1 | Charges Filed Date: 05/10/2005<br>Case Type: TRAFFIC<br>Court: GLENDALE MUNICIPAL<br>Disposition: JDGMT GUILTY/RESP SENT IMPOSED<br>Disposition Date: 09/27/2005 |

**ARIZONA**

Exhibit
23-29

National Intelligence Services    18-021301 EDUARD PINKHASOV                    Confidential

**EDUARD PINKHASOV, 45 Years Old**

| | |
|---|---|
| Name: EDUARD PINKHASOV<br>SSN: xxxxx4486<br>DOB: 05/03/1972, Born 45 Years Ago<br>Address: 7823 N 27TH AVE # 1, PHOENIX, AZ 85051 (MARICOPA COUNTY)<br>Gender: M<br>Is Sex Offender: No<br>Source Name: ADMIN OFFICE OF COURTS<br>Source State: AZ | **Match Indicators**<br><br>First Name:    X  Exact Match<br>Middle Name:      Not Provided<br>Last Name:     X  Exact Match<br>Date Of Birth:    Not Provided<br>Age:              Not Provided<br>Address:          Not Provided<br>Height:           Not Provided<br>Ethnicity:        Not Provided |
| OffenseDescription1: RED LIGHT FAILURE TO STOP/REMAIN STOPPED<br>Case Number: 17567891<br>Crime County: MARICOPA<br>Crime Type: TRAFFIC<br>Counts: 1 | Charges Filed Date: 06/21/2005<br>Case Type: TRAFFIC<br>Court: PHOENIX MUNICIPAL<br>Disposition: COMPL DISMISSED BY COURT<br>Disposition Date: 08/23/2005 |

**ARIZONA**

EXHIBIT
23-30

National Intelligence Services    18-021301 EDUARD PINKHASOV    Confidential

## EDUARD PINKHASOV, 45 Years Old

| | Match Indicators | |
|---|---|---|
| Name: EDUARD PINKHASOV | First Name: | O  Exact Match |
| DOB: 05/03/1972, Born 45 Years Ago | Middle Name: | Not Provided |
| Address: 8515 MAIN ST APT 5G, JAMAICA, NY 11435 (QUEENS COUNTY) | Last Name: | O  Exact Match |
| Gender: M | Date Of Birth: | Not Provided |
| Ethnicity: WHITE | Age: | Not Provided |
| Is Sex Offender: No | Address: | Not Provided |
| Source Name: VOLUSIA CIRCUIT AND COUNTY COURTS | Height: | Not Provided |
| Source State: FL | Ethnicity: | Not Provided |

| Offense Information | Charges Information |
|---|---|
| OffenseDescription1: M/NVDL<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: FELONY | Charges Filed Date: 04/10/1999<br>Case Type: FELONY THIRD DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: I/003025E 2 UNL SPEED 90/70<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>OffenseCode: 316187 | Charges Filed Date: 04/10/1999<br>Case Type: INFRACTION N/A<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: C/244729E 8 NO VALID DL<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: MISDEMEANOR<br>OffenseCode: 32203 | Charges Filed Date: 04/10/1999<br>Case Type: MISDEMEANOR SECOND DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: DRIV.W/O VALID D/L<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: MISDEMEANOR<br>OffenseCode: 32203 1 | Charges Filed Date: 04/10/1999<br>Case Type: MISDEMEANOR SECOND DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: C/244726E X POSS.FRAUD DL<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: FELONY<br>OffenseCode: 322212 1 | Charges Filed Date: 04/10/1999<br>Case Type: FELONY THIRD DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: C/244727E 2 POSS.FRAUD ID<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: FELONY<br>OffenseCode: 322212 1 | Charges Filed Date: 04/10/1999<br>Case Type: FELONY THIRD DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: UNL.POSS/ACT REL.TO D/L<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: FELONY<br>OffenseCode: 322212 16 | Charges Filed Date: 04/10/1999<br>Case Type: FELONY THIRD DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: F/POSS C/S<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: FELONY<br>OffenseCode: 89313 | Charges Filed Date: 04/10/1999<br>Case Type: FELONY THIRD DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: F/POSS.COCAINE<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: FELONY<br>OffenseCode: 89313 | Charges Filed Date: 04/10/1999<br>Case Type: FELONY THIRD DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |

**ARIZONA**

Exhibit
23-31



National Intelligence Services          18-021301 EDUARD PINKHASOV                    Confidential

| | |
|---|---|
| OffenseDescription1: M/POSS C/S<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: MISDEMEANOR<br>OffenseCode: 89313 | Charges Filed Date: 04/10/1999<br>Case Type: MISDEMEANOR FIRST DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: M/POSS.MARIJUANA<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: MISDEMEANOR<br>OffenseCode: 89313 | Charges Filed Date: 04/10/1999<br>Case Type: MISDEMEANOR FIRST DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: F/UNL.POSS.CONT.SUBST.(O/T COCA<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: FELONY<br>OffenseCode: 89313 6A | Charges Filed Date: 04/10/1999<br>Case Type: FELONY THIRD DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: UNL.POSS.CONT.SUBST.(O/T COCAIN<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: FELONY<br>OffenseCode: 89313 6A | Charges Filed Date: 04/10/1999<br>Case Type: FELONY THIRD DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: UNL.POSS.CONT.SUBST.(COCAINE)<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: FELONY<br>OffenseCode: 89313 6A | Charges Filed Date: 04/10/1999<br>Case Type: FELONY THIRD DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: UNL.POSS.CONT.SUBST.(CANN.U/20<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: MISDEMEANOR<br>OffenseCode: 89313 6B | Charges Filed Date: 04/10/1999<br>Case Type: MISDEMEANOR FIRST DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: F/OPERATE MV COMM.FELONY<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: FELONY<br>OffenseCode: 89313 7A5 | Charges Filed Date: 04/10/1999<br>Case Type: FELONY THIRD DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |
| OffenseDescription1: UNL.USE/POSS DRUG PARAPH.<br>Case Number: 00387304<br>Arresting Agency: FLORIDA HIGHWAY PATROL - DELAND<br>Crime County: VOLUSIA<br>Crime Type: MISDEMEANOR<br>OffenseCode: 893147 | Charges Filed Date: 04/10/1999<br>Case Type: MISDEMEANOR FIRST DEGREE<br>Court: FL VOLUSIA CIRCUIT AND COUNTY COURTS<br>Sentence: 000Y 01M 29D<br>Disposition Date: 05/21/2001 |

ARIZONA

Exhibit
23-32



National Intelligence Services    18-021301 EDUARD PINKHASOV    Confidential

# EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: EDUARD PINKHASOV | |
| DOB: 05/03/1972, Born 45 Years Ago | **Match Indicators** |
| Address: 8515 MAIN ST APT 5G, JAMAICA, NY 11435-1835 | First Name      X  Exact Match |
| (QUEENS COUNTY) | Middle Name        Not Provided |
| Gender: M | Last Name      X  Exact Match |
| Hair: BLACK | Date Of Birth        Not Provided |
| Height: 69 | Age        Not Provided |
| Weight: 150 | Address        Not Provided |
| Ethnicity: WHITE | Height        Not Provided |
| Eyes: BROWN | Ethnicity        Not Provided |
| Is Sex Offender: No | |
| Source Name: VOLUSIA CIRCUIT AND COUNTY COURTS | |
| Source State: FL | |

| | |
|---|---|
| OffenseDescription1: C/244726E X POSS.FRAUD DL. | |
| Case Number: 1999 031789 CFAES | Charges Filed Date: 04/10/1999 |
| Arresting Agency: FLORIDA HIGHWAY PATROL | Case Type: FELONY |
| Crime County: VOLUSIA | Court: OPEN |
| Status: CLOSED | Plea: NO PLEA ENTERED |
| Crime Type: FELONY | Disposition: DISMISSED - NO REASON GIVEN BY COURT |
| OffenseCode: 322112 1 | Offense Date: 04/10/1999 |
| GradeOfOffense: FELONY THIRD DEGREE | Conviction Date: 05/21/2001 |
| DegreeOfOffense: FELONY THIRD DEGREE | Disposition Date: 05/21/2001 |
| Counts: 001 | |

| | |
|---|---|
| OffenseDescription1: C/244727E 2 POSS.FRAUD ID | |
| Case Number: 1999 031789 CFAES | Charges Filed Date: 04/10/1999 |
| Arresting Agency: FLORIDA HIGHWAY PATROL | Case Type: FELONY |
| Crime County: VOLUSIA | Offense Date: 04/10/1999 |
| Status: CLOSED | Disposition Date: 05/21/2001 |
| Crime Type: FELONY | |
| OffenseCode: 322112 1 | |
| GradeOfOffense: FELONY THIRD DEGREE | |
| DegreeOfOffense: FELONY THIRD DEGREE | |

| | |
|---|---|
| OffenseDescription1: F/OPERATE MV COMM.FELONY | |
| Case Number: 1999 031789 CFAES | Charges Filed Date: 04/10/1999 |
| Arresting Agency: FLORIDA HIGHWAY PATROL | Case Type: FELONY |
| Crime County: VOLUSIA | Plea: OPEN |
| Status: CLOSED | Offense Date: 04/10/1999 |
| Crime Type: FELONY | Arrest Date: 05/29/2001 |
| Classification: FELONY | Disposition Date: 05/21/2001 |
| OffenseCode: 89313 7A5 | |
| GradeOfOffense: FELONY THIRD DEGREE | |
| DegreeOfOffense: FELONY THIRD DEGREE | |
| Counts: 5 | |

| | |
|---|---|
| OffenseDescription1: I/083025E 2 UNL.SPEED 90/70 | |
| Case Number: 1999 031789 CFAES | Charges Filed Date: 04/10/1999 |
| Arresting Agency: FLORIDA HIGHWAY PATROL | Case Type: FELONY |
| Crime County: VOLUSIA | Plea: NO PLEA ENTERED |
| Status: CLOSED | Disposition: CHARGE DISMISSED |
| Crime Type: FELONY | Offense Date: 04/10/1999 |
| Classification: INFRACTION | Arrest Date: 05/29/2001 |
| OffenseCode: 316187 | Disposition Date: 05/21/2001 |
| GradeOfOffense: INFRACTION N/A | |
| DegreeOfOffense: INFRACTION N/A | |
| Counts: 7 | |

| | |
|---|---|
| OffenseDescription1: UNL.USE/POSS DRUG PARAPH. | |
| Case Number: 1999 031789 CFAES | Charges Filed Date: 04/10/1999 |
| Arresting Agency: FLORIDA HIGHWAY PATROL | Case Type: FELONY |
| Crime County: VOLUSIA | Plea: PLEA: NOLO CONTENDERE |
| Status: CLOSED | Disposition: ADJUDICATED GUILTY |
| Crime Type: FELONY | Offense Date: 04/10/1999 |
| OffenseCode: 893147 | Disposition Date: 05/21/2001 |
| GradeOfOffense: FELONY THIRD DEGREE | |
| DegreeOfOffense: MISDEMEANOR FIRST DEGREE | |

| | |
|---|---|
| OffenseDescription1: UNL.POSS.CONT.SUBST.(CANN.U/20 | Charges Filed Date: 04/10/1999 |

**ARIZONA**

Exhibit
23-33

National Intelligence Services     18-021301 EDUARD PINKHASOV     Confidential

| | |
|---|---|
| Case Number: **1999 031789 CFAES**<br>Arresting Agency: **FLORIDA HIGHWAY PATROL**<br>Crime County: **VOLUSIA**<br>Status: **CLOSED**<br>Crime Type: **FELONY**<br>OffenseCode: **89313 6B**<br>GradeOfOffense: **MISDEMEANOR FIRST DEGREE**<br>DegreeOfOffense: **MISDEMEANOR FIRST DEGREE** | Case Type: **FELONY**<br>Plea: **PLEA: NOLO CONTENDERE**<br>Disposition: **ADJUDICATED GUILTY**<br>Offense Date: **04/10/1999**<br>Disposition Date: **05/21/2001** |
| OffenseDescription1: **DRIV.W/O VALID D/L**<br>Case Number: **1999 031789 CFAES**<br>Arresting Agency: **FLORIDA HIGHWAY PATROL**<br>Crime County: **VOLUSIA**<br>Status: **CLOSED**<br>Crime Type: **FELONY**<br>Classification: **MISDEMEANOR**<br>OffenseCode: **32203 1**<br>GradeOfOffense: **MISDEMEANOR SECOND DEGREE**<br>DegreeOfOffense: **MISDEMEANOR SECOND DEGREE**<br>Counts: **6** | Charges Filed Date: **04/10/1999**<br>Case Type: **FELONY**<br>Plea: **PLEA: NOLO CONTENDERE**<br>Sentence: **SentenceAdditionalInfo=CONFINEMENT TYPE: COUNTY JAIL\|SentenceBeginDate=20010529\|SentenceDate=20010521\|SentenceMaxDays=29\|SentenceMaxMonths=1\|SentenceMinDays=29\|SentenceMinMonths=1\|SentenceStatus=CONCURRENT**<br>Disposition: **ADJUDICATED GUILTY**<br>Offense Date: **04/10/1999**<br>Arrest Date: **05/29/2001**<br>Disposition Date: **05/21/2001** |
| OffenseDescription1: **F/POSS C/S**<br>Case Number: **CRC9931789CFAES**<br>Arresting Agency: **FLORIDA HIGHWAY PATROL - DELAND**<br>Crime County: **FLORIDA VOLUSIA**<br>Crime Type: **FELONY**<br>Classification: **FELONY**<br>OffenseCode: **89313**<br>DegreeOfOffense: **THIRD DEGREE**<br>Counts: **1** | Charges Filed Date: **04/10/1999**<br>Case Type: **FELONY**<br>Plea: **OPEN**<br>Sentence: **SentenceAdditionalInfo=CONFINEMENT TYPE: COUNTY JAIL\|SentenceBeginDate=20010529\|SentenceDate=20010521\|SentenceMaxDays=29\|SentenceMaxMonths=1\|SentenceMinDays=29\|SentenceMinMonths=1\|SentenceStatus=CONCURRENT**<br>Offense Date: **04/10/1999**<br>Arrest Date: **05/29/2001** |
| OffenseDescription1: **M/NVDL**<br>Case Number: **CRC9931789CFAES**<br>Arresting Agency: **FLORIDA HIGHWAY PATROL - DELAND**<br>Crime County: **FLORIDA VOLUSIA**<br>Crime Type: **FELONY**<br>Classification: **FELONY**<br>DegreeOfOffense: **THIRD DEGREE**<br>Counts: **3** | Charges Filed Date: **04/10/1999**<br>Case Type: **FELONY**<br>Plea: **OPEN**<br>Offense Date: **04/10/1999**<br>Arrest Date: **05/29/2001** |
| OffenseDescription1: **UNL.POSS/ACT REL.TO D/L**<br>Case Number: **CRC9931789CFAES**<br>Arresting Agency: **FLORIDA HIGHWAY PATROL - DELAND**<br>Crime County: **FLORIDA VOLUSIA**<br>Crime Type: **FELONY**<br>Classification: **FELONY**<br>OffenseCode: **322212 16**<br>DegreeOfOffense: **THIRD DEGREE**<br>Counts: **4** | Charges Filed Date: **04/10/1999**<br>Case Type: **FELONY**<br>Plea: **OPEN**<br>Offense Date: **04/10/1999**<br>Arrest Date: **05/29/2001** |
| OffenseDescription1: **UNL.POSS.CONT.SUBST(O/T COCAIN**<br>Case Number: **CRC9931789CFAES**<br>Arresting Agency: **FLORIDA HIGHWAY PATROL - DELAND**<br>Crime County: **FLORIDA VOLUSIA**<br>Crime Type: **FELONY**<br>Classification: **FELONY**<br>OffenseCode: **89313 6A**<br>DegreeOfOffense: **THIRD DEGREE**<br>Counts: **8** | Charges Filed Date: **04/10/1999**<br>Case Type: **FELONY**<br>Plea: **OPEN**<br>Offense Date: **04/10/1999**<br>Arrest Date: **05/29/2001** |
| OffenseDescription1: **M/POSS C/S**<br>Case Number: **CRC9931789CFAES**<br>Arresting Agency: **FLORIDA HIGHWAY PATROL - DELAND**<br>Crime County: **FLORIDA VOLUSIA**<br>Crime Type: **FELONY**<br>Classification: **MISDEMEANOR**<br>OffenseCode: **89313**<br>DegreeOfOffense: **FIRST DEGREE**<br>Counts: **2** | Charges Filed Date: **04/10/1999**<br>Case Type: **FELONY**<br>Plea: **OPEN**<br>Sentence: **Sentence AdditionalInfo=CONFINEMENT TYPE: COUNTY JAIL\|SentenceBeginDate=20010529\|SentenceDate=20010521\|SentenceMaxDays=29\|SentenceMaxMonths=1\|SentenceMinDays=29\|SentenceMinMonths=1\|SentenceStatus=CONCURRENT**<br>Offense Date: **04/10/1999**<br>Arrest Date: **05/29/2001** |
| OffenseDescription1: **KEEP OR MAINTAIN STRUCTURE FOR PURPOSE OF USING OR SELLING CONTROLLED SUBSTANCES** | Court: **VOLUSIA**<br>Offense Date: **04/10/1999** |

**ARIZONA**

Page **33** of **35**

Exhibit
23-34

National Intelligence Services        18-021301 EDUARD PINKHASOV                Confidential

## EDUARD PINKHASOV, 45 Years Old

| | |
|---|---|
| Name: **EDUARD PINKHASOV**<br>DOB: **05/03/1972**, Born **45** Years Ago<br>Is Sex Offender: **No**<br>Source Name: **RIVERSIDE COUNTY - SUPERIOR COURT**<br>Source State: **CA** | **Match Indicators**<br><br>First Name:      X  **Exact Match**<br>Middle Name:        **Not Provided**<br>Last Name:      X  **Exact Match**<br>Date Of Birth:        **Not Provided**<br>Age:          **Not Provided**<br>Address:          **Not Provided**<br>Height:          **Not Provided**<br>Ethnicity:          **Not Provided** |
| OffenseDescription1: **UNSPECIFIED**<br>Case Number: **BLM1600151**<br>County: **INDIO**<br>Crime County: **RIVERSIDE** | Charges Filed Date: **02/17/2016** |

**ARIZONA**

Page **35** of **35**

Exhibit
23-35



8:16

← +1 (602) 896-1111

false reports, you only herring Irina by sanding dogs that can't help , coz nothing is going on Irina is happy
7:29 PM

March 31, 2023

Hi , you didn't call yesterday or maybe u called and I didn't picked up like last time whatever it is? Irina was waiting , thanks
5:15 PM

Missed voice call at 5:17 PM

Missed voice call at 5:17 PM

Tuesday

Hi, u haven't called your baby or maybe u forgot about her.. we hope you ok.
11:39 PM

Yesterday

I always call  7:05 PM ✓✓

Pick up  7:06 PM ✓✓

U usually text before u call , like sometimes like NOW
7:06 PM

2 Unread Messages

Do us a favor and stop calling ACS with fake reports , Irina is mad at u , and disturb by all this nonsense
7:24 PM

Crow up  7:24 PM

Exhibit
24



EXhibit
25-1








Loop video


View in

Add to


Move to

EXhibit
253



EXHIBIT
26-1









Back up now



Add to
album



Delete from
device

Fri, Apr 7, 2023 • 10:34 PM   ...

Exhibit
2.6-4

   

Back up now     Add to album     Delete from device     Order photo     Us

Fri, Apr 7, 2023 • 10:34 PM

Add description...

Details



/storage/emulated/0/DCIM/Camera/
IMG_20230407_223420_710.jpg
50.1MP   8160 x 6144   11 MB

BLU S91 Pro

Exhibit
26-5





Add to
album



Move to
Archive



Delete from
device

Order photo

Us

Fri, Apr 7, 2023 • 10:34 PM

Add description...

Details






Add to
album


Move to
Archive


Delete from
device


Order photo

Us

Fri, Apr 7, 2023 • 10:34 PM

Add description...

Details


/storage/emulated/0/DCIM/Camera/
IMG_20230407_223446_087.jpg
50.1MP   8160 × 6144   8.6 MB

Exhibit
26-7



Exhibit
27-1



YouTube

Breaking...

# More to ask

⋮

---

## What type of drones does the Air Force have?    ⌃

The U.S. Air Force has recently begun referring to larger UAS as Remotely Piloted Aircraft (RPA), such as **Predator, Reaper, and Global Hawk,** to highlight the fact that these systems are always controlled by a human operator at some location.



W  https://en.m.wikipedia.org › wiki

Unmanned aerial vehicles in the United States military - Wikipedia



*Exhibit 28*

A light tower is **a piece of mobile equipment which has one or more high-intensity electric lamps and a mast**. Almost always, the lights are attached to the mast, which is attached to a trailer, with a generator set to power the lamps.

W   https://en.m.wikipedia.org › wiki

Light tower (equipment) - Wikipedia

❓ About featured snippets          ❗ Feedback


EXhibit
29



⚠ **Software commissioned by the US Air Force will allow drones to identify people via face recognition technology**

aappp/Shutterstock

The US Air Force can now equip autonomous drones with face recognition technology, raising fears that they could be used to find and kill specified people.

The drones will be employed by special operations forces for intelligence gathering and for missions in foreign countries, according to a contract between the Department of Defense

Exhibit

Exhibit 3D







Exhibit
31-2

7:47

January 31
8:45 PM

Edit




Exhibit
31-3

**12:52**

< X >

See you in court mr. Yagudayev

iMessage

U do that Ms Daniel

It's Mrs. Kyung soon to be

And thank you

Have a pleasant day

iMessage

We are PINKHASOVs for life , F off

I wouldn't change Irina's last name

Unless she's OK with it

Make sure to put some clothes on her

Mr. Pinkhasov Yagudayev

Text Message

EXhibit
32-1

8:39



March 11
7:48 PM

< Edit

X

Have a pleasant day

iMessage

We are PINKHASOVs for life , F off

I wouldn't change Irina's last name

Unless she's OK with it

Make sure to put some clothes on her

Mr. Pinkhasov Yagudayev

iMessage

Put some on your mama

Sun, Oct 9, 9:18 AM

00:08

00:04





EXhibit
32-2

12:52



Screenshot 2023-03-23 at 12.52.0...
Image

✕

| | | | | |
|---|---|---|---|---|
| AirDrop | Mail | Notes | Drive | In |

Copy ⎘

Assign to Contact ⊙

Print 🖨

Add to Shared Album

Create Watch Face

Save to Files 🗀

Add to Collect board

Save to Dropbox

Edit Actions...

Exhibit
32-3




# NEW YORK STATE USA
## DRIVER LICENSE

ID **913 532 723**

Class D

SADIGH
JILLBERT

8360 118TH ST APT 4B
KEW GARDENS, NY 11415

Sex F   Height 5'-04"   Eyes BRO

DOB **02/17/1995**

Expires **02/17/2023**

E NONE

R NONE

Issued **02/13/2021**





Exhibit
33





+1 (718) 335-5100
FaceTime Video

11:06                                    −00:57

Exhibit 34









Exhibit 37-L



Exhibit
27-2

EXhibit
37-3



July 29, 2022
10:18 AM

Exhibit
38-1



Exhibit
38-2



Exhibit
39





LIJ     37830778
SADIGH, JILLBERT
MR  1632122      F      27`
DOB  02/17/1995
DOS 02/19/2022

LIJ Medical Center

Exhibit 41




FHH    1619838574
SADIGH ,JILLBERT
MR 00597730   F   27 Y
DOB 02/17/1995
02/19/22



Forest Hills Hospital
LIJ



Exhibit
42



Elmhurst

SADIGH, JILLBERT
CSN: 97524911
DOB: 2/17/1995 (27 yrs) F
MRN: 6156154
Adm Date: 8/16/2022

Elmhurst Hospital BAND 2022
From discharge Brown Bag.

(look for Original)

EXHibit
43





ZHH          51091171
SADIGH, JILLBERT
MR 1632122          F          27Y
DOB 02/17/1995
CHOWDHURY, ANNAFI, ,
DOS 09/14/2022



Sadigh, Jillbert
HAR: 1007356664  MRN: 2806791
AC44315224  DOB: 2/17/1995 (27 yrs)  Female  CSN: 44315224
Adm Date: 10/17/2022 Room/bed info not found
Provider: No att. providers found



Jamaica Hospital 2022

I was pulled over and falsely hospitalized.

Exhibit 45

**SADIGH, JILLBERT.**
CSN: 109438720
**DOB:** 2/17/1995 (27 yrs) F (QU)
MRN: 4779820
**Adm Date:** 2/1/2023

Queens Hospital Center
2023

EXhibit
46

Sadigh, Jillbert
AC46034083
HAR: 1007629629  MRN: 2806791
DOB: 2/17/1995 (28 yrs)  Female CSN: 46034083
Adm Date: 4/7/2023 Room/bed info not found
Provider: No att. providers found

Jamaica Hospital
Emergency Room

* I left because my food
from the Halal Stand (outside)
was poisoned intentionally, I also
left because I was illegally
injected in the ER Waiting room,
Under U.S. Government Camouflage.

Exhibit
4I



Sadigh, Jillbert
AC46067557    HAR: 1007634698  MRN: 2806791
DOB: 2/17/1995 (28 yrs)  Female  CSN: 46067557
Adm Date: 4/12/2023 Room/bed info not found
Provider: No att. providers found

(When I was Searched against
my own will at JFK Airport. All
my belongings and evidence were
Searched as well. my evidence was
Stored and put away in a Specific
way for a reason, Inside JFK airport,
I was grabbed, and forced to go
inside an ambulance, where I was
injected and Sent to a hospital.



Exhibit
48-1

Sadigh, Jillbert
HAR: 1007634698
DOB: 2/17/1995 (28 yrs) Female
MRN: 2806791
Adm Date: 4/12/2023
No att. providers found



4606755
7

(When I was searched against
My own will at JFK Airport. All
My belongings and evidence were
searched as well. My evidence was
stored and put away in a specific
way for a reason. Inside JFK airport,
I was grabbed, and forced to go
inside an ambulance, where I was
injected and sent to a hospital.

EXhibit
48-2

Exhibit 44



**EDWARD YAGUDAEV**
**JILLBERT SADIGH**
Silver Membership

Form AU22 AZ (03/11)

**IF YOU'RE IN AN ACCIDENT**
1. Remain at the scene. Don't admit fault.
2. Find a safe location, call the police, and exchange driver information.
3. Call Progressive right away.

**TO REPORT A CLAIM**
Call 1-800-274-4499 or go to claims.progressive.com.

Use your own repair shop, or choose one in our network. Or, let us manage the process start-to-finish at our Service Center in Phoenix, AZ.

*PROGRESSIVE*

KEEP THIS CARD IN YOUR VEHICLE WHILE IN OPERATION.

**INSURANCE IDENTIFICATION CARD - Arizona**

Policy Number: 911170952
Effective Date: 08/09/2016
Insurer: Progressive Preferred Insurance Co 1-800-576-5581
PO Box 6807 Cleveland, OH 44101
ADOT Code: 0958
Expiration Date: 02/09/2017
Named Insured(s):
EDWARD YAGUDAEV
JILLBERT SADIGH

Your Agent:
AALL INS GRP/29TH 1-602-233-3333
2737 W SOUTHERN STE14
TEMPE, AZ 85282

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2007 | BMW | X5 | 4USFE43577LY74374 |
| 2008 | BMW | X5 | 5UXFE835X8L165399 |

Every person is required to possess evidence of financial responsibility within the motor vehicle. This card is satisfactory evidence of mandatory financial responsibility for purposes of verifying financial responsibility on your motor vehicle upon request from the Department of Transportation.





September 3
6:21 PM

3:44

# child
# advocacy
# center

**Q U E E N S**
**112-25 Queens Blvd., Forest Hills, NY 11375**
**Tele: (718) 575-1342; Fax: (718) 575-1627**

## safehorizon
moving victims of violence from crisis to confidence

Monday, March 6, 2023

To: Whom it May Concern,

This letter is to inform that parent, Jillbert Sadigh, and child Irina Rose Pinkhasov, DOB 07/03/2016 was seen for services at the Queens Child Advocacy Center on 8/3/2022, for an appointment.

Queens Child Advocacy Center operative hours are from 9 am -10 pm on Monday-Friday, 10 am - 6 pm on Saturday.

If you have any questions, please feel free to contact me at 718-575-1342 ext. 1112

Best,

Aysha Pizarro

Admin Coordinator

Exhibit
50










Loop video on

View in

Add to album

Move to Archive

Dele de


Exhibit
S1-2

The documents "DO NOT" have to be in a Sealed
Envelope. They can be loose or in a package of docume

Exhibit
5E3

FILED

2023 APR 12  PM 10: 28

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX





Exhibit
52