UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

Jillbert Sadigh

        Plaintiff,                                   Civil Action No.-1:23-CV-02937

v.                                                      Second Amended Complaint and demand for jury trial

Dr. A Quyyum, Sharmeen Sultana, Syed Hassan, Elmhurst Hospital Center, Asmaa Ibrahim Hassan, Carl Goodrich, Daniel Kestelman, Deep Lohia, Gayathri Mahendiran, Hein Latt, Jamuna Theventhiran, Tyrone Rodman, Vaschele Williams, Vimala Sim, Jamaica Hospital Medical Center, Shamaila Idrees, Shi Yun Li, Martha Edleman, 103rd Precinct, NYPD Officer Andrew Butler #2369, NYPD Officer Nicholas Dellavecchia #1569, Queens Hospital Center, Renuka Ananthamoorthy, FDNY Alexir Ramos Jr #3981, Zucker Hillside Hospital, Annafi Chowdhury, John P Maloy, Justice Supreme Court Queens County Kendra D. Briggs, John Doe, Jane Doe.

## JURISDICTION AND VENUE

Plaintiff brings this suit pursuant to 28 U.S. Code § 1331 - Federal question jurisdiction. Plaintiff brings this suit pursuant to 42 U.S.C 1985, 42 U.S.C 1986, and 42 U.S.C 1983. Venue is proper pursuant to 28 U.S.C. § 1391(b) (2).

## PARTIES

Dr. A Quyyum, 79-01 Broadway, Queens, NY, 11373. Sharmeen Sultana, 79-01 Broadway, Queens, NY, 11373. Syed Hassan, 79-01 Broadway, Queens, NY, 11373. Elmhurst Hospital Center, 79-01 Broadway, Queens, NY, 11373. Asmaa Ibrahim Hassan, 79-01 Broadway, Queens, NY, 11373. Carl Goodrich, 79-01 Broadway, Queens, NY, 11373. Daniel Kestelman, 79-01 Broadway, Queens, NY, 11373. Deep Lohia, 79-01 Broadway, Queens, NY, 11373. Gayathri

Mahendiran, 79-01 Broadway, Queens, NY, 11373. Hein Latt, 79-01 Broadway, Queens, NY, 11373. Jamuna Theventhiran, 79-01 Broadway, Queens, NY, 11373. Tyrone Rodman, 79-01 Broadway, Queens, NY, 11373. Vaschele Williams, 79-01 Broadway, Queens, NY, 11373. Vimala Sim, 79-01 Broadway, Queens, NY, 11373. Jamaica Hospital Medical Center, 8900 Van Wyck Expy, Queens, NY, 11418.  Shamaila Idrees, 8900 Van Wyck Expy, Queens, NY, 11418. Shi Yun Li, 8900 Van Wyck Expy, Queens, NY, 11418.  Martha Edleman, 8900 Van Wyck Expy, Queens, NY, 11418. 103rd Precinct, 168-02 91St Ave, Queens, NY, 11432. NYPD Officer Andrew Butler #2369, 168-02 91St Ave, Queens, NY, 11432. NYPD Officer Nicholas Dellavecchia #1569, 168-02 91St Ave, Queens, NY, 11432. Queens Hospital Center, 82-68 164Th St, Queens, NY, 11432. Renuka Ananthamoorthy, 82-68 164Th St, Queens, NY, 11432. FDNY Alexir Ramos Jr #3981, 78-11 67Th Rd, Queens, NY, 11379. Zucker Hillside Hospital, 75-59 263Rd St, Queens, NY, 11004. Annafi Chowdhury, 75-59 263Rd St, Queens, NY, 11004. John P Maloy, 75-59 263Rd St, Queens, NY, 11004.  Justice Supreme Court Queens County Kendra D. Briggs, 88-11 Sutphin Blvd, Queens, NY, 11435. John Doe, Jane Doe.

## **FACTS**

1.  Queens Hospital Center has hospitalized me once on 02/01/2023. The FDNY picked me up from 67-56 78th street, Apartment 1, Middle Village, New York, 11379-2849.

2.  I was with my friend in her home on that date and her son was also present.

3.  The FDNY report stated that my friend called 911 telling the operator that I was there to kidnap her, which was all lies.

4.  The FDNY came with EMS and they seized me and took me against my will to the hospital.

5. They kept me at the hospital against my will for approximately 2 weeks. And I told the entire hospital, including doctors and nurses, that I wish to leave and they refused to allow me to leave by force, locking the doors on me.

6. On August 16, 2022, I was located in Queens, New York, and the FDNY came with the NYPD and put me in handcuffs and took me to Elmhurst Hospital. The Elmhurst hospital forged a document stating I was in their facility on August 11, 2022 but that is not true.

7. I was in the Elmhurst Hospital against my will for approximately 2 weeks. They locked the doors on me and did not let me leave the facility even though I was advising them that I wanted to leave.

8. On October 17, 2022, I was pulled over by the NYPD near Jamaica Ave in Queens, New York.

9. The NYPD did not allow me to speak to them. Advised me to get out of the car and took my coffee from my hands and placed it on top of my vehicle.

10. The officers took the keys to my vehicle away from me by promising me they would give the keys back to me in a short time and instead they told me I was being sent away to the Jamaica Hospital "voluntarily" even though I never gave them consent.

11. I was in Jamaica Hospital for approximately 2 weeks against my will. They locked the doors and refused to let me leave the facility.

12. On September 13, 2022, I called the police because I was being followed by people in vehicles for multiple hours until I reached Great Neck, New York. Once there, I called the police because I was afraid for my life. The cops came and did not help me. This first

interaction was at the BMW on East Shore Road in Great Neck, NY. I then walked away from the cops towards the flower shop next door and called the police again hoping to get someone else to help me.

13. Then later, new cops came. They came and spoke down to me and were rude and told me I was not allowed to leave until I spoke to EMS. Then EMS came, and told me they were taking me to the hospital and I did not want to go and tried to leave but they forcefully took me into their car.

14. They took me to LIJ hospital and from there I was transferred to Zucker Hillside Hospital. I was admitted there for approximately 3 weeks against my will. They locked the doors on me and refused to let me leave.

### FIRST CAUSE OF ACTION-18 USC 1943

15. Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "14" herein with the same force and effect as if the same were set forth at length herein.

16. The Hospital Defendants and the various Doctor Defendants and John and Jane Doe Hospital employees violated my procedural and substantive due process rights by involuntarily committing me to the hospital on numerous occasions.

17. I never gave consent for them to commit me to the hospital and they did so against my will.

18. The various NYPD defendants put me in handcuffs and forcibly transported me to the hospital.

19. All the hospitals locked the doors on each unit I was put in, to prevent me from leaving the facility. Each hospital medicated me against my will without my consent. Each hospital used different medications, with one medicine being lithium and another risperdal.

20. Defendant Briggs gave the hospital permission to medicate me against my will having no basis to do so. As such, Defendant Briggs is also guilty of aiding and abetting the Zucker Hillside Hospital in violating my due process rights.

### SECOND CAUSE OF ACTION-FALSE IMPRISONMENT

21. Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "20" herein with the same force and effect as if the same were set forth at length herein.

22. The various Hospital Defendants intentionally confined me, while in a state of consciousness, and I never consented to such confinement. As described above, there was no basis nor plausible explanation as to why I was taken against my will to the various hospitals. I did not display any behavior that would lead a reasonable person to believe that I was posing a danger to myself nor anyone else.

### THIRD CAUSE OF ACTION-42 USC 1985

23. Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "22" herein with the same force and effect as if the same were set forth at length herein.

24. Judge Briggs, a state actor, violated my due process rights by giving the permission to forcibly medicate me against my will. Briggs gave the authorization to Zucker Hillside Hospital on one occasion to forcibly medicate me.

## FOURTH CAUSE OF ACTION – 18 USC 1943 CONSPIRACY

25. Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "24" herein with the same force and effect as if the same were set forth at length herein.

26. The NYPD and EMS forcibly transported me to the various Hospitals against my will in order to confine me there indefinitely.

27. Upon information and belief, The NYPD phoned EMS in order to come to the site of location where I was confronted by NYPD members who then both forcibly with handcuffs forced me into the EMS vehicle and took me against my will to the hospitals.

28. There was a shared objective between the NYPD, EMS and the Hospitals, to forcibly restrain me and committ me to these hospitals.

29. There was nothing I did that could have led a reasonable person to believe that I posed a danger to myself nor anyone else in the community.

30. On each occasion that I was captured by the NYPD and EMS, I did not display dangerous nor any other behavior that could lead a reasonable person to believe that it was necessary for me to be involuntarily admitted to a hospital.

## FIFTH CAUSE OF ACTION – CIVIL CONSPIRACY

31. Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "30" herein with the same force and effect as if the same were set forth at length herein.

32. The underlying tort of false imprisonment committed by the EMS and various Hospitals was aided and abetted by the various State actors and hospital employees whom without their participation none of the foregoing events could have occurred.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Pro Se Jillbert Sadigh requests that the Court enter an Order, adjudge, and decree in favor of Plaintiff for:

A. An award of Compensatory damages to the Plaintiff in an amount to be determined at trial but not less than $1,000,000,000 with the Court adjudicating the amount to be attributed to each Defendant;

B. An award of treble as well as punitive damages due to Defendants' actions as willful, wanton, and malicious in any amount to be determined at trial;

C. An award of such other and further relief as the Court may deem just and proper.

### PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a

reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11. I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: October 15, 2023

/s/ Jillbert Sadigh

Jillbert Sadigh

646 799 8633

Address: 8360 118th street, Kew Gardens, New York, 11415

County of Queens