FORM 1

# NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
__Eastern__ DISTRICT OF __New York__

**ORIGINAL**

NOTICE OF APPEAL

__1:23-CV-02937-RPK-RML__
Docket No.

Notice is hereby given that __Jilbert Sadigh (the Jilbert Sadigh I'm aware of)__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) __The Plaintiff appeals from the Order of the United States District Court, entered on the date below, which dismissed her Claims for failure to timely serve defendants under Rule 4(m), including claims against Judge Kiesha P. Briggs who was named as a defendant. Plaintiff did not consent to dismissal of those claims and had provided service information for at least one unserved defendant,__

entered in this action on the __Wednes__ day of __March 5th__, 20__25__.

__Jill Sadigh__
Signature

__Jilbert Sadigh__
Printed Name

__83-60 118 Street. Apartment 4B.__
Address

__Kew Gardens, NY 11415__

__(648) 799-8633__
Telephone No. (with area code)

Date: __04/10/2025__